UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLIN L. GEORGE, JR., | ) |
| | ) CASE NO. C13-5767-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF REMAND |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

The Court has reviewed the Report and Recommendation (Dkt. # 18, "R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court notes that no one has objected to the R&R. The court ADOPTS the R&R and REMANDS this matter to the Social Security Administration for further proceedings consistent with the R&R. The clerk shall enter judgment for Plaintiff and ensure that Judge Theiler receives notice of this order.

DATED this 5th day of May, 2014.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1